## Owen KELLY et al.

v.

## C. H. SPRAGUE & SONS et al.

No. 80–24–A.

Supreme Court of Rhode Island.

April 2, 1981.

Rice, Dolan, Kiernan & Kershaw, James A. Currier, Providence, for plaintiffs.

Decof, Weinstein & Mandell, Martin W. Aisenberg, Providence, for defendants.

## ORDER

The plaintiffs' motion to advance this case on the argument calendar is denied.

SHEA, J., did not participate.

■

## NEA/PORTSMOUTH

v.

## RHODE ISLAND STATE LABOR RELATIONS BOARD et al.

No. 81–70–M.P.

Supreme Court of Rhode Island.

April 2, 1981.

Natale L. Urso, Westerly, for petitioner.

Vincent J. Piccirilli, Providence, for respondents.

## ORDER

The petition for writ of certiorari is denied.